AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 26 2022

at 11 o'clock and 15 min. A M
CLERK, U.S. District Court  w

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GWYNN DARLE MORRISON aka Julie Lyn Montague | ) ) ) ) ) ) | Case No. MJ 22-1259 RT |
| Defendant | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1542     False Statement on Application and use of Passport
18 U.S.C. 371      Conspiracy to commit offense
18 U.S.C 1028A     Aggravated Identity Theft

Date: July 21, 2022

City and state:   Honolulu, Hawaii

Rom A. Trader
United States Magistrate Judge

### Return

This warrant was received on *(date)* 07/21/2022, and the person was arrested on *(date)* 07/22/2022
at *(city and state)* Honolulu, HI.

Date: 07/22/2022

Arresting officer's signature

Dennis Thomas  Special Agent
Printed name and title